IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EARL EUGENE BOX, | : |
|       Petitioner | : CIVIL ACTION NO. 3:86-CV-1704 |
| v. | : (JUDGE NEALON) |
| PETSOCK, ET AL., | : |
|       Respondents | : |

FILED
SCRANTON
AUG 1 8 2014
PER _____ DEPUTY CLERK

## ORDER

NOW, THIS 18th DAY OF AUGUST, 2014, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's motion to reopen judgment, (Docs. 57, 59, 80), is **DENIED**;

2. Petitioner's motion for leave to proceed in forma pauperis, (Doc. 58), is **GRANTED**;

3. The Clerk of Court is directed to **CLOSE** this case;

4. Any appeal will be deemed frivolous, without probable cause, and not taken in good faith; and

5. To the extent Petitioner's motion is construed as a successive petition for habeas corpus relief pursuant to 28 U.S.C. § 2254, there is no basis to issue a certificate of appealability.

_____
**United States District Judge**